■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS M. AUGUST, Appellant. [603 NYS2d 55] —Appeal by the defendant from two judgments of the County Court, Suffolk County (Sherman, J.), both rendered November 8, 1991.

Ordered that the judgments are affirmed *(see, People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.